JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGIE M.T., <br>       Plaintiff, <br>   v. <br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br>       Defendant. | NO. EDCV 21-1629 KS <br><br> JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order, IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: December 2, 2022

                         /s/ Karen L. Stevenson <br>
                         KAREN L. STEVENSON <br>
                         UNITED STATES MAGISTRATE JUDGE